# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

TERRY L. ROBINSON,

    Plaintiff,

vs.                              CASE NO.:  3:09cv228/MCR/MD

JUDGE WILLIAM STONE, et al.,

    Defendants.

_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 3, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

DONE AND ORDERED this 6th day of July, 2009.

                *s/ M. Casey Rodgers*
                M. CASEY RODGERS
                UNITED STATES DISTRICT JUDGE